## Prepayment Invoice

Order #: S129921
Project: L- Child Help Gala (AA)
Revision: 1
Salesperson: Chris McMeen
Project Manager: Ben Rollins


ScharffWeisberg

36-36 33rd Street
Long Island City NY 11106
718 610 1660  voice
718 610 1750  fax

Cust ID#: STA040

| Bill To: | **Stage Presence** | Site: Warner Theater |
| --- | --- | --- |
| | 1501 Broadway Room 1907 | 1299 Pennsylvania Ave. |
| | New York NY 10036 | Washington D.C. 20004-2405 |
| Attn: | Alan Kelman | Contact: Mike Grimes |
| Phone: | 212-575-6363 | Site Ph: 202.783.4000 |
| Fax: | 212-604-9704 | Cellphone: |

| To Site/Customer | Pick Up | Order By | Customer PO |
| --- | --- | --- | --- |
| 04/12/2010 06:00 AM | 04/13/2010 11:59 PM | Alan Kelman | |
| **Ship Via** | **Return Via** | **Rental Duration** | **Payment Terms** |
| 53' Trailer | 53' Trailer | 1d | 50% Deposit, 50% Net 30 |

### Equipment

Qty  Item Description

**Fixtures (Automated)**
- 13  Vari*Lite 1000 AS Kit
- 1  Vari*Lite 1000 AS Kit (Spare)
- 7  Vari*Lite 2500 Spot Kit
- 1  Vari*Lite 2500 Spot Kit (Spare)
- 17  Vari*Lite 2500 Wash Kit*
- 2  Vari*Lite 2500 Wash Kit (Spare)*
- 3  Vari*Lite 3000 Spot Kit
- 5  Vari*Lite 3000 Spot Kit*
- 1  Vari*Lite 3000 Spot Kit (Spare)
- 4  Vari*Lite 3500 Framing Spot Kit
- 7  Vari*Lite 3500 Framing Spot Kit*
- 2  Vari*Lite 3500 Framing Spot Kit (Spare)

**Fixtures (L.E.D.)**
- 13  Color Kinetics ColorBlaze LED 72" Kit w/Clamp
- 1  Color Kinetics ColorBlaze LED 72" Kit w/Clamp (Spare)
- 18  Coemar ParLite (12degree) LED Kit w/Clamp*
- 1  Coemar ParLite (12degree) LED Kit w/Clamp (Spare)

**Fixtures (Conventionals)**
- 6  Source 4 Ellipsoidal 36 Degree Kit 750w/Clamp
- 14  Source 4 Par NSP Kit 575w/Clamp
- 5  6' MR16 Striplight 3 Circuit Kit
- 6  Arri 2k Fresnel Kit
- 4  Altman Q-Lite Mini 10 Kit 1kw/Clamp

**Fixtures (Followspot)**
- 1  Robert Juliat 1.2kW Manon MSD Followspot Kit (Short Throw)
- 1  Truss Followspot Chair Kit (Manon)

**Fixtures (Accessories)**
   20   8 lbs. Base

**Special FX (Illuminated)**
   4   Wybron CXI 7.5" Coloram Scroller Kit
   16   Wybron CXI 7.5" Coloram Scroller Kit*
   2   Wybron CXI 7.5" Coloram Scroller Kit (Spare)

**Special FX (Atmospheric)**
   1   DF-50 Hazer Kit
   1   Martin JEM AF-2 Fan Kit

**Control & FOH**
   1   Grand MA Full Console Kit
   1   Grand MA Full Console Kit (Back-Up)
   2   Grand MA NSP Kit
   1   DMX Switch 4-Universe A/B Smart (Data Lynx)
   5   5 Way Opto Splitter Kit
   4   7 Way Opto Splitter Kit
   1   ETC Radio Remote Focus Kit (RFU)
   1   ETC Express/Expression RFU
   1   SWL Office Chair

**Dimming, Power & Distro**
   1   200A PD 110v 24X20A Socapex & Pin Out
   2   400A PD 208v 48X20A Socapex & L6-20 Out
   3   Wybron Coloram 24 Power Supply Kit
   1   Wybron Coloram 24 Power Supply Kit (Spare)

**Cable (Multi)**
   5   10' 6 CKT Multicable
   25   25' 6 CKT Multicable
   20   50' 6 CKT Multicable
   15   75' 6 CKT Multicable
   10   100' 6 CKT Multicable
   18   Multi Breakout Female 6 CKT L6-20
   10   Multi Breakout Female 6 CKT Straight Stage Pin
   1   Multi Breakout Female 6 CKT Edison

**Cable (L6-20)**
   30   5' 12/3 L6-20 Jumper
   30   10' 12/3 L6-20 Jumper
   25   15' 12/3 L6-20 Jumper
   25   25' 12/3 L6-20 Jumper
   10   50' 12/3 L6-20 Jumper
   5   100' 12/3 L6-20 Jumper

**Cable (Stage Pin)**
   1   5' 12/3 Stage Pin Jumper
   1   10' 12/3 Stage Pin Jumper
   1   15' 12/3 Stage Pin Jumper
   1   25' 12/3 Stage Pin Jumper
   1   50' 12/3 Stage Pin Jumper
   1   100' 12/3 Stage Pin Jumper
   12   Twofer 20a Stage Pin
   24   FED-Female Edison to Male Stage Pin Adapter
   24   MED-Edison Male to Stage Pin Female Adapter
   10   Edison Quad Box w/ Stage Pin Feed Thru Adapter

**Cable (Edison)**
   20   10' 12/3 Edison Jumper

| | |
|---|---|
| 15 | 25' 12/3 Edison Jumper |
| 15 | 50' 12/3 Edison Jumper |
| 10 | 100' 12/3 Edison Jumper |
| 12 | Edison Waber Strip |
| 24 | Edison Cube Tap |

**Cable (5-Pin DMX)**

| | |
|---|---|
| 30 | 5' 5 Pin DMX Control Cable |
| 30 | 10' 5 Pin DMX Control Cable |
| 30 | 15' 5 Pin DMX Control Cable |
| 25 | 25' 5 Pin DMX Control Cable |
| 15 | 50' 5 Pin DMX Control Cable |
| 10 | 75' 5 Pin DMX Control Cable |
| 10 | 100' 5 Pin DMX Control Cable |
| 20 | 5 Pin Male to 3 Pin Female Adapter |
| 20 | 3 Pin Male to 5 Pin Female Adapter |

**Cable (5-Pin DMX Bundles & Snakes)**

| | |
|---|---|
| 1 | 200' 8-way DMX Snake Kit |

**Cable (4-Pin XLR)**

| | |
|---|---|
| 10 | 5' 4 Pin XLR Control Cable |
| 10 | 10' 4 Pin XLR Control Cable |
| 15 | 15' 4 Pin XLR Control Cable |
| 15 | 25' 4 Pin XLR Control Cable |
| 5 | 50' 4 Pin XLR Control Cable |

**Cable (6-Pin Control)**

| | |
|---|---|
| 1 | 50' 6 pin XLR RFU Cable |
| 1 | 100' 6 pin XLR RFU Cable |

**Pipe & Iron**

| | |
|---|---|
| 6 | 1' 1-1/2" Schedule 40 Pipe |
| 6 | 2'-6" 1-1/2" Schedule 40 Pipe |
| 2 | 8' 1-1/2" Schedule 40 Pipe |
| 8 | 9' 1-1/2" Schedule 40 Pipe |
| 1 | 10' 1-1/2" Schedule 40 Pipe |
| 14 | 50 lbs. Boom Base |
| 2 | Aluminum Pipe Wrench |
| 20 | 1-1/2" Rigid Cheseboro (Steel) |
| 10 | 1-1/2" Rigid Cheseboro (Aluminum) |
| 10 | 1-1/2" Swivel Cheseboro (Aluminum) |
| 20 | 12" Side Arm Single Kit |
| 4 | 24" Side Arm Single Kit |

**Truss**

| | |
|---|---|
| 4 | 10' Box Truss 20.5"x20.5" BLACK |
| 2 | 10' Box Truss 20.5"x20.5" BLACK* |
| 1 | 5' Box Truss 20.5"x20.5" BLACK* |
| 30 | Truss Bolt |
| 2 | Set of Truss Tools Kit |

**Rigging & Accessories**

| | |
|---|---|
| 2 | 1 Ton Chain Motor 60' Kit |
| 3 | 1/2 Ton Chain Motor 60' Kit |
| 1 | 8 Way Motor PD Kit |
| 5 | Motor Rigging Kit |
| 1 | Horizontal Life Line with Harness Kit |
| 1 | Retractable Vertical Lifeline 50 |
| 12 | 6 ft Spanset (Spare) |
| 4 | 9 ft Spanset (Spare) |

**Misc.**
- 60 Sandbag 20 lbs (Lighting)
- 10 Cable Ramp 5-Channel Straight Section

**Perishables**
- 35 Sheet of Gel*
- 4 2" Black Gaff Tape*
- 3 2" White Gaff Tape*
- 2 2" Fluorescent Green Gaff Tape*
- 2 2" Fluorescent Orange Gaff Tape*
- 2 2" Fluorescent Yellow Gaff Tape*
- 2 Black Electrical Tape*
- 2 Blue Electrical Tape*
- 2 Green Electrical Tape*
- 2 Red Electrical Tape*
- 2 White Electrical Tape*
- 1 Paper Tape 2" Black*
- 2 250' Roll Drywall Tape*
- 1 Hot Melt Tape 3.1 mil 110 yds (Packing Tape)*
- 1 Hot Melt Tape 3.1 mil 110 yds (Packing Tape)*
- 1 3000' Spool Black Tie Line SWL*
- 1 Hank #10 Sash Cord (White) 100'*
- 3 3.5 FLOPPY DISKETTES*
- 2 Black Sharpie (Fine)*
- 2 White China Marker*
- 2 White Pentel - Medium*
- 2 DF-50 Haze Fluid (Gallon)*

- 2 Shipping Charges - 53' Trailer One Way*

(* non-discountable items)

## Labor

| Qty | Personnel | Reg. | Rate | OT | Rate | DT | Rate | Subtotal |
|---|---|---|---|---|---|---|---|---|
| **Shop Prep - 04.09.10** | | | | | | | | |
| 1 | Lighting - Electrician* | 1.00 | 650.00 | | | | | $650.00 |

* Staging labor overtime is additional at 1.5X after 10 hours and 2X after 14 hours. *
* Lighting labor overtime is additional at 1.5X after 10 hours. *
* A 1-hour meal break must be provided within 6 hours of call time. *
* 8-hour minimum turnaround time needed to avoid a penalty. *