# RECEIPT FOR PAYMENT
## UNITED STATES DISTRICT COURT
### for the
#### SOUTHERN DISTRICT OF NEW YORK

E 912640

RECEIVED FROM

*Kenf Cnolly* at

*10 cv 624 (RH)*

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | |
| 508800 | Immigration Fees | DATE/TIME: 8/18/2010 2:50:09 PM |
| 085000 | Attorney Admission Fees | |
| 086400 | Filing Fees | CASHIER: LATECIA |
| 086900 | Filing Fees | STATION: 01 |
| 322340 | Sale of Publications | ============================ |
| 322350 | Copy Fees 1 | COMPLAINT 4/06          $350.00 |
| 322360 | Miscellaneous Fees | 086900    $60. |
| 143500 | Interest | 510000    $190.00 |
| 322380 | Recoveries of Court Costs | 086400    $100.00 |
| 322386 | Restitution to U.S. Government | ============================ |
| 121000 | Conscience Fund | GRAND TOTAL            $350.00 |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (½) | |
| 510100 | Registry Fee | |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DEPUTY CLERK:

| DATE: | Cash | Check | M.O. | Credit |
|---|---|---|---|---|
| 20 | | | | |



PLAINTIFF'S
EXHIBIT
10

tabbies®

U.S. POSTAGE
PAID
NEW YORK, NY
AUG 25.10
AMOUNT
$7.15
00086106-72

UNITED STATES
POSTAL SERVICE
NEW YORK, NY
AUG 25 2010

WRONG
ADDRESS

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
Visit us at usps.com
Label 107, January 2008

TO:

THE LAW OFFICE OF
KERRY E. CONNOLLY, ESQ.
ONE BATTERY PARK PLAZA
32ND FLOOR
NEW YORK, NEW YORK 10004

c/o Stage Presence Incorporated
Aileen Heiferin
443 E. 89th St., No. 9
New York, NY 10128

Delivery Confirmation™
United States Postal Service®

0310 0480 0001 7052 5404



DELIVERY CONFIRMATION™

0310 0460 0001 7051 5898

TO:

THE LAW OFFICE OF
KERRY E. CONNOLLY, ESQ.
ONE BATTERY PARK PLAZA
32ND FLOOR
NEW YORK, NEW YORK 10004

Alpha Chuck-Che
Fumed Entertainment
170 Varick St.
New York, NY 10013

PRIORITY MAIL®
UNITED STATES POSTAL SERVICE
Visit us at usps.com

Label 107, January 2008

AUG 2 5 2010
USPS

U.S. POSTAGE
NEW YORK, NY
10001
AUG 25 10
AMOUNT
$7.15
00086106-72



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-797-98952 | Aug 31, 2010 | None | 3 of 3 |

## FedEx Express Shipment Detail By Tracking ID (Original)

**Dropped off:** Aug 25, 2010    **Cust. Ref.:** KELMAN /    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- FedEx has audited this airbill for correct pieces, weight, and service. Any changes made are reflected in the invoice amount.
- Higher rate applied as package weight exceeded weight limit of original service type

| | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 861481125391 | **Sender** | **Recipient** |
| Service Type | FedEx Intl Priority | KERRY E. CONNOLLY | ALLEN NEWMAN |
| Package Type | FedEx Envelope | THE LAW OFFICE OF KERRY E CONNOLL | SHOAL BAY |
| Orig./Dest. | WTC/AXA | ONE BALTERY PARK PLAZA 32ND FL | SHOAL BAY  2640  AI |
| Zone | I | NEW YORK NY  10004  US | |
| Packages | 1 | | |
| Rated Weight | 1.9 lbs | | |
| Delivered | Aug 27, 2010 08:49 | | |
| Signed by | A.NEWMAN | | |
| FedEx Use | G7456/US001O/_ | | |
| Customs | | | |
| Entry Date | Aug 26, 2010 | | |

| | | |
|---|---|---|
| Transportation Charge | | 75.05 |
| Fuel Surcharge | | 5.63 |
| Total Transportation Charges | USD | $80.68 |

| | | |
|---|---|---|
| **Total Tracking IDs 1** | **USD** | **$80.68** |
| **Total FedEx Express** | **USD** | **$80.68** |

1243-01-00-0008088-0001-0019856



## FedEx Express Shipment Detail By Tracking ID (Original)

Dropped off: Aug 25, 2010          Cust. Ref.: KELMAN          Ref.#2:
Payor: Shipper          Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- FedEx has audited this airbill for correct pieces, weight, and service. Any changes made are reflected in the invoice amount.
- Higher rate applied as package weight exceeded weight limit of original service type

| | | | |
|---|---|---|---|
| Tracking ID | 861481125406 | **Sender** | **Recipient** |
| Service Type | FedEx Intl Priority | KERRY E. CONNOLLY | ONE FROM EACH ISLAND |
| Package Type | FedEx Envelope | THE LAW OFFICE OF KERRY E. CONNOL | ONE FROM EACH ISLAND LTD |
| Orig./Dest. | WTC/AXA | ONE BATTERY PARK PLZ 32ND FL | BABROW BUILDING |
| Zone | I | NEW YORK NY 10004 US | THE VALLEY 2640 AI |
| Packages | 1 | | |
| Rated Weight | 1.9 lbs | | |
| Delivered | Aug 27, 2010 08:49 | | |
| Signed by | A.NEWMAN | | |
| FedEx Use | G6925/US001O/_ | Transportation Charge | 75.05 |
| Customs | | Fuel Surcharge | 5.63 |
| Entry Date | Aug 26, 2010 | **Total Transportation Charges**          USD | **$80.68** |

|  |  |  |
|---|---|---|
| **Total Tracking IDs 1** | **USD** | **$80.68** |
| **Total FedEx Express** | **USD** | **$80.68** |

```
                WHITEHALL RETAIL STATION
                   New York, New York
                        100049992
                    3558250068 -0093
   08/30/2010    (212)425-3801    01:27:15 PM

                 ──── Sales Receipt ────
   Product            Sale  Unit          Final
   Description        Qty   Price         Price

   Anguilla - First-Class                $13.45
   Mail Int'l  Large Env
   1 lb.  5.30 oz.
    Return Receipt                        $2.30
    Registered                           $11.50
    Insured Value :           $0.00
    Article Value :           $0.00
    Label #:         RE279335114US
    Customs Form #: LC876852084US
                                        ========
     Issue PVI:                          $27.25


   Total:                                $27.25

   Paid by:
   AMEX                                  $27.25
     Account #:        XXXXXXXXXXXX8031
     Approval #:       557916
     Transaction #:    93
     23 903282473 6314735697
```

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
*********************************************
*********************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*********************************************
*********************************************


Prepare your international packages online
and save time.
Pay postage online and save money too.
www.usps.com/clicknship

Bill#: 1000701179748
Clerk: 05

      All sales final on stamps and postage
       Refunds for guaranteed services only
            Thank you for your business
*********************************************
*********************************************
            HELP US SERVE YOU BETTER

      Go to: https://postalexperience.com/Pos

         TELL US ABOUT YOUR RECENT
               POSTAL EXPERIENCE

            YOUR OPINION COUNTS
*********************************************
*********************************************


                Customer Copy

# 8732 - KERRY E. CONNOLLY, ESQ.



<u>Back to Client Services Home</u>

## Charges for Plaintiff: TINA MAGNUSON, ETAL

This is a detailed list (and total) of all charges associated with the selected plaintiff. Please note that only charges after October 1997 are available on-line.

Where applicable, work ticket numbers are clickable links which will display a copy of the appropriate affidavit of service.

| Affidavit Description | Service | Charge |
|---|---|---|
| **Work Ticket #:** <u>525453</u><br>**Plaintiff:** TINA MAGNUSON, ETAL<br>**Defendant:** ALLEN NEWMAN, ETAL<br>**Recipient:** GREGORY MARQUETTE<br>**Date of Service:** 2/27/11<br>**Type of Papers:** SUMMONS AND COMPLAINT | Basic Service Charge | $175.00<br>———<br>$175.00 |
| **Work Ticket #:** <u>525453</u><br>**Plaintiff:** TINA MAGNUSON, ETAL<br>**Defendant:** ALLEN NEWMAN, ETAL<br>**Recipient:** GREGORY MARQUETTE<br>**Date of Service:** 2/27/11<br>**Type of Papers:** SUMMONS AND COMPLAINT | Special Service | $40.00<br>———<br>$40.00 |
| **Work Ticket #:** 525454<br>**Plaintiff:** TINA MAGNUSON, ETAL<br>**Defendant:** ALLEN NEWMAN, ETAL<br>**Recipient:** MATTHEW WEINER<br>**Date of Service:**<br>**Type of Papers:** SUMMONS AND COMPLAINT | Mailing Documents<br>Special Service<br>Attempted Service | $5.00<br>$30.00<br>$33.00<br>———<br>$68.00 |
| **Work Ticket #:** 525455<br>**Plaintiff:** TINA MAGNUSON, ETAL<br>**Defendant:** ALLEN NEWMAN, ETAL<br>**Recipient:** "ABC CORP." D/B/A CHUNG KING FILMED ENTERTAINMENT<br>**Date of Service:**<br>**Type of Papers:** SUMMONS AND COMPLAINT | Attempted Service | $33.00<br>———<br>$33.00 |
| **Work Ticket #:** <u>525456</u><br>**Plaintiff:** TINA MAGNUSON, ETAL<br>**Defendant:** ALLEN NEWMAN, ETAL<br>**Recipient:** STAGE PRESENCE INCORPORATED S/H/A STAGE PRESENCE INC.<br>**Date of Service:** 2/08/11<br>**Type of Papers:** SUMMONS AND COMPLAINT | Basic Service Charge<br>Attempted Service<br>Charge Advancing Fee<br>Fees Advanced | $33.00<br>$10.00<br>$7.00<br>$40.00<br>———<br>$90.00 |

**Work Ticket #:** <u>542764</u>
**Plaintiff:** TINA MAGNUSON, ETAL
**Defendant:** ALLEN NEWMAN, ETAL
**Recipient:** MATTHEW WEINER
**Date of Service:** 12/01/11
**Type of Papers:** SUMMONS AND COMPLAINT, AMENDED COMPLAINT, COELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE RICHARD*

| | |
|---|---|
| Mailing Fees | $6.00 |
| Fuel Surcharge | $3.00 |
| Basic Service Charge | $33.00 |
| | $42.00 |

**Work Ticket #:** 542764
**Plaintiff:** TINA MAGNUSON, ETAL
**Defendant:** ALLEN NEWMAN, ETAL
**Recipient:** "ABC CORP." D/B/A CHUNG KING FILMED ENTERTAINMENT
**Date of Service:**
**Type of Papers:** SUMMONS AND COMPLAINT, ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE RICHARD J. HOLWELL

| | |
|---|---|
| No Charge | $0.00 |
| | $0.00 |

**Work Ticket #:** 545016
**Plaintiff:** TINA MAGNUSON, ETAL
**Defendant:** ALLEN NEWMAN, ETAL
**Recipient:** "ABC CORP." D/B/A CHUNG KING FILMED ENTERTAINMENT
**Date of Service:**
**Type of Papers:** SUMMONS AND COMPLAINT, ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE RICHARD J. HOLWELL

| | |
|---|---|
| Mailing Documents | $5.00 |
| Attempted Service | $33.00 |
| | $38.00 |

**Work Ticket #:** <u>547701</u>
**Plaintiff:** TINA MAGNUSON, ETAL
**Defendant:** ALLEN NEWMAN, ETAL
**Recipient:** CHILDHELP INC.
**Date of Service:** 2/08/12
**Type of Papers:** SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

| | |
|---|---|
| Copy Charge | $12.25 |
| Witness Fee | $40.00 |
| Rush Service | $225.00 |
| | $277.25 |

*Total: $763.25*

[Back to Client Services Home]   [Top]

| DEPT. | REFERENCE | DESCRIPTION | SERVICE TYPE JOB TYPE | CHARGE | AMOUNT |
|-------|-----------|-------------|------------------------|--------|--------|
| DATE : | 10/30/2013 | | | | |
| | Ticket#:05271127<br>Budget:KERRY CONNOLLY<br>Wk Ord.:<br>C.Ref:MAG | FR:KERRY CONNOLLY<br> 1 BATTERY PARK PLAZA , NEW YORK,NY<br>Caller:KERRY CONNOLLY Ex.:<br>Pod by:stamp usmsdny gfloor | TO:US DISTRICT COURT<br> 40 CENTRE STREET, NEW YORK,NY<br>Desc.:1 BOX<br>Rush: WEIGHT:5 | Messenger Service<br>Delivery | |
| | | | | 001 / SERVICE CHARGE | 12.00 |
| | | | | 002 / WAITING TIME | 9.00 |
| | TOTAL | | | | 21.00 |
| | Ticket#:05271128<br>Budget:KERRY CONNOLLY<br>Wk Ord.:<br>C.Ref:MAG | FR:KERRY CONNOLLY<br> 1 BATTERY PARK PLAZA , NEW YORK,NY<br>Caller:KERRY CONNOLLY Ex.:<br>Pod by:sranelle | TO:LAW OFFICE DAVID WIMS<br> 1430 PITKINS AVENUE,BROOKLYN,NY<br>Desc.:1 2 ENVELOPES<br>Rush: WEIGHT:5 | Van Service<br>Delivery | |
| | | | | 001 / SERVICE CHARGE | 30.00 |
| | | | | 003 / ADDL STOP(S) | 30.00 |
| | | | | 007 / TOLLS | 7.50 |
| | TOTAL | | | | 67.50 |
| | SUB TOTAL | 2 | | | 88.50 |

| NO. JOBS: | 2 | | |
|-----------|---|---|---|
| | | GROSS SALES | 88.50 |
| | | SURCHARGE | 0.00 |
| | | INVOICE TOTAL | 88.50 |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0339391-IN |
| INVOICE DATE | 12/31/2013 |
| CUSTOMER NO. | 1022536 |
| WORK ORDER NO. | 140637 |
| SALESPERSON | Siwik, Christine |

Law Office of Karry E Connolly
One Battery Park Plaza
32nd Floor
New York,  NY   10004

Attention: Kerry E Connolly

---

Job Date          TINA MAGNUSON, ET AL. V ALLEN NEWMAN, ET
                  CASE NO.  10CV06211

| Job Date | | | | | | |
|---|---|---|---|---|---|---|
| 12/4/2013 | Original | 19 | PGES | At | 6.660 | 126.54 |



PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 126.54 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **126.54** |

*Jay Deitz Associates, Ltd.*                    *Court Reporting Services*

3255 LAWSON BOULEVARD        OCEANSIDE, NY 11572

(212) 374-7700   (516) 678-0700   (718) 527-7700   FAX:(516) 678-4488        Fed. I.D. #11-3129149

## Bill To:
KERRY E. CONNOLLY
Attn: KERRY E. CONNOLLY, ESQ.
ONE BATTERY PARK PLAZA
SUITE 32
NEW YORK, NY 10004

Invoice Date **12/7/2012**

Invoice Number **345696**

File Number:
TINA MAGNUSON VS ALLEN NEWMAN

**Examination taken on 11/16/2012 of:**                    Enclosed

  GREGORY MARQUETTE                                        **O+2**

Your Total            **$525.70**

SKYP FEE INCLUDED

DM
236271

**kerry connolly**

**From:** Expedia.com [Expedia@expediamail.com]
**Sent:** Sunday, November 18, 2012 7:36 PM
**To:** kerry.connolly@gmail.com
**Subject:** Hyatt Regency Scottsdale Resort and Spa at Gainey Ranch, Scottsdale - Sun Nov/18/2012 (Itinerary# 152236353260)



This Expedia Itinerary was sent from Guest User. If you have access to this account, you can view the most up-to-date version.

# Hyatt Regency Scottsdale Resort and Spa at Gainey Ranch, Scottsdale
Sun 18/Nov/2012 - Tue 20/Nov/2012  |  Itinerary # 1522-3635-3260

## Hyatt Regency Scottsdale Resort and Spa at Gainey Ranch BOOKED
Sun 18/Nov/2012 - Tue 20/Nov/2012 , 1 room | 2 nights    Confirmation #    14117291

Your reservation is booked. No need to call and reconfirm this reservation.



View hotel details
7500 E Doubletree Ranch Rd, Scottsdale, AZ, 85258 United States of America
Tel: 1 (480) 444-1234, Fax: 1 (480) 483-5550

## Price Summary

**Total**                          **$367.84**
Collected by Expedia

**Winter Sale! Save 30%**
Prices shown after **$137.40 savings**

Room Price                          $367.84
  **2 nights**                      $160.30 /night
  Taxes & Fees                      $47.24

All prices quoted in USD.

## Checking in

- Check-in time starts at 4 PM
- Minimum check-in age is 18
- Your room will be guaranteed for late arrival

## Important Hotel Information

**This reservation is non-refundable and cannot be cancelled.**

- View your online itinerary for additional rules and restrictions.

Award points and airline mileage may not be awarded when booking an Expedia Special Rate hotel.

## Additional Hotel Services

Unless otherwise indicated, the charges below are not included in the overall room price. If not included in the overall room price, they will be charged by the property at check-in or check-out. Charges can vary, for example, based on length of stay or the room you book. This property told us they will charge you for the following:

- Resort fee: USD 25 per accommodation, per night (effective 1 October 2012)

Hotel resort fee inclusions (may be listed elsewhere in this description as complimentary or available for a

## Room                    Guestroom 1 King - Winter Sale. Save 30%!

Confirmation #:    14117291
Reserved for       kerry Connolly
                   2 adults

Requests           One King Bed, non-smoking room

1

**kerry connolly**

**From:** United Airlines, Inc. [unitedairlines@united.com]
**Sent:** Sunday, November 18, 2012 5:14 PM
**To:** KERRY.CONNOLLY@GMAIL.COM
**Subject:** eTicket Itinerary and Receipt for Confirmation NM2709

  | A STAR ALLIANCE MEMBER

Confirmation:
# NM2709

Issue Date: November 18, 2012

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| CONNOLLY/KERRYEMS | 0162347002599 | UA-UM58XXXX | --- |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 18NOV12 | UA231 | T | NEWARK, NJ (EWR - LIBERTY) **8:28 PM** | PHOENIX, AZ (PHX) **12:07 AM (19NOV)** | A-320 | Purchase |

## FARE INFORMATION

**Fare Breakdown**

| | | **Form of Payment:** |
|---|---|---|
| Airfare: | 193.49USD | AMERICAN EXPRESS |
| U.S. Federal Transportation Tax: | 14.51 | Last Four Digits 3008 |
| U.S. Flight Segment Tax: | 3.80 | |
| September 11th Security Fee: | 2.50 | |
| U.S. Passenger Facility Charge: | 4.50 | |
| Per Person Total: | 218.80USD | |

**eTicket Total:** **218.80USD**

The airfare you paid on this itinerary totals: 193.49 USD

**The taxes, fees, and surcharges paid total: 25.31 USD**

*25, + bag check*
*243,80*

Fare Rules:     Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

---

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1ˢᵗ bag | 2ⁿᵈ bag | Max wt / dim per piece |
|---|---|---|---|
| 11/18/2012 Newark, NJ (EWR - Liberty) to Phoenix, AZ (PHX) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

---

### Additional Baggage Information

**Carry-on baggage information**
United accepts one carry-on item of no more than 45 linear inches or 114 linear centimeters in the aircraft cabin, along with one personal item (such as a shoulder or laptop bag).
Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for
more information or go to united.com.

**General Baggage Information**
First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges

1

Account Number: 40136
Company Name: BOUNDAS,SKARZYNSKI,WALSH_BLA
Invoice Number: 1528756

Invoice Date: 11/23/12
Page 3 of 3

COMPANY NAME: BOUNDAS,SKARZYNSKI,WALSH_BLA

ACCOUNT NUMBER: 40136
PASSENGER NAME: SANDNES, JAMES
11/19/12  2241   PM
Matter #: 000001
Client #: 2018B

FARE 82.00
S.C. 4.00
TOLLS 24.00
W.T. 15.00
MISC. 19.80
St.Tx 2.90
TOTAL 147.70

COMPANY NAME: BOUNDAS,SKARZYNSKI,WALSH_BLA
2111921647
8:35 PM   9:50 PM   7:17  PM
77701       101

PURSUANT TO ARTICLE 8F NYS EXECUTIVE LAW, 1966, A 2% NYBCOF SURCHARGE IS ADDED TO ALL RIDES

Voucher/Refill Passenger    Fare  S.C. Tips Tolls  W.T  Stops  St.Tx  Misc.  Total
2   2111921647 SANDNES, JAMES   82.00   4.00   24.00   15.00   19.80   2.90   147.70

— name address ordered

Connolly Law Acct. No.
Car for K. Connolly
to Newark Airport
(Childhelp Subpoena)

PROGRAM FORM: EWR

---

ACCOUNT NUMBER: 40136
COMPANY NAME: BOUNDAS,SKARZYNSKI,WALSH_BLA
PASSENGER NAME: SANDNES, JAMES
8770   63   049
11/14/12  1145 AM  10
Matter #: 14756
Client #: 14756

FARE 82.00
S.C. 4.00
TOLLS 13.00
W.T. 17.45
MISC. 5.40
St.Tx 3.14
TOTAL 158.99

10000101   12:00 PM  12:12  PM   0
77701   106

PROGRAM FORM: EWR, UNITED AIRLINES
MANHATTAN, NY

PURSUANT TO ARTICLE 8F NYS EXECUTIVE LAW, 1966, A 2% NYBCOF SURCHARGE IS ADDED TO ALL RIDES

Voucher/Refill Passenger    Fare  S.C. Tips Tolls  W.T  Stops  St.Tx  Misc.  Total
1   10000101 SANDNES, JAMES   82.00   4.00   13.00   17.45   5.40   3.14   158.99

---

ACCOUNT NUMBER: 40136
COMPANY NAME: BOUNDAS,SKARZYNSKI,WALSH_BLA
PASSENGER NAME: ROGOSKI, LEX   2111922587
9384   42
11/19/12  1:45 PM  15
Matter #: 20024
Client #: EXPL01

FARE 75.00
S.C. 4.00
TOLLS 10.00
W.T. 3.00
MISC. 3.60
St.Tx 1.91
TOTAL 105.11

2:00 PM  2:09  PM
101   399

PROGRAM FORM: JFK
1 BATTERY PARK PLAZA

PURSUANT TO ARTICLE 8F NYS EXECUTIVE LAW, 1966, A 2% NYBCOF SURCHARGE IS ADDED TO ALL RIDES

Voucher/Refill Passenger    Fare  S.C. Tips Tolls  W.T  Stops  St.Tx  Misc.  Total
3   2111922587 ROGOSKI, LEX   75.00   4.00   10.00   3.00   3.60   1.91   105.11

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel           Book a car           Buy trip insurance


NEW
PLANES.
NEW
EXPERIENCE.
Learn More
AmericanAirlines

30 DAYS.
UNLIMITED
ACCESS.
$99.
AmericanAirlines

Record Locator: GRUEST

## Itinerary



| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| **AA** American Airlines | 590 | PHOENIX | WED 21NOV 12:30 PM | CHICAGO OHARE | 4:55 PM | Q |
| | | Kerry Connolly | FF#: 7068WH4 | Economy | | Food For Purchase |
| American Airlines | 4023 | CHICAGO OHARE | WED 21NOV 7:30 PM | HARRISBURG INTL | 10:10 PM | Q |
| | OPERATED BY AMERICAN EAGLE AIRLINES | | | | | |
| | | Kerry Connolly | FF#: 7068WH4 | Economy | Seat 5B | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAXES AND CARRIER-IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| KERRY CONNOLLY | 0012316043644 | 199.07 | 36.53 | 235.60 |

**Payment Type:** American Express XXXXXXXXXX8031                    Total: $235.60

*bag + 25.00 Check* (handwritten)

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines
BAG ALLOWANCE -PHXMDT-NIL/AA
1STCHECKED BAG FEE-PHXMDT-USD25.00/AA
2NDCHECKED BAG FEE-PHXMDT-USD35.00/AA
ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0166043-IN |
| INVOICE DATE | 11/01/2010 |

Law Office of Karry E Connolly
One Battery Park Plaza
32nd Floor
New York, NY 10004

| | |
|---|---|
| CUSTOMER NO. | 1022536 |
| WORK ORDER NO. | 100996 |
| SALESPERSON | Siwik, Christine |

Attention: Kerry E Connolly

---

| Job Date | | | | | |
|---|---|---|---|---|---|
| | TINA MAGNUSON, ET AL. V ALLEN NEWMAN, ET CASE NO. 10CV06211 | | | | |
| 10/21/2010 | Original | 82 PGES | At | 5.340 | 437.88 |
| 10/13/2010 | Copy | 51 PGES | At | 0.900 | 45.90 |



SALE

OUTHERN DISTRICT RPTR
00 PEARL STREET -RM. 330
NEW YORK, NY 100070000
TID: 0000036830
DATE: 11-01-10

TIME: 04:45 PM
MERCHANT #: 6316977529
AMEX
AX xxxxxxxxxxx8031 (KEYED)
INVOICE: 0000048015
APPROVAL CODE: 127925
SEQ: 014

TOTAL AMOUNT $483.78

CUSTOMER COPY

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 483.78 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **483.78** |

 **DeitzReporting**
*Local Choice*
*National Coverage*

Court Reporting Services & Litigation Support
*Powered By DepositionNet*



Log Out
Call 800-678-0166
for information or to schedule a deposition.

HOLIDAY EBT PARTY   WHY Deitz   HOME   ABOUT US   EXPERIENCE   COURT REPORTING   STAFF   SERVICES   CONTACT US

MY Account   DepositionNet   IM DepositionNet   RESOURCES   NATIONWIDE CRS   FAQ   IM HELP   SURVEY   FYI - COFFEE IS SERVED

| MY ACCOUNT | VIEW MY TRANSCRIPTS | SEARCH TRANSCRIPTS | SCHEDULE A NEW JOB | DEPOSITION SUITES | FAQs | GET HELP | kerry.connolly@gmail.com - LOG OUT |

Paid   Email Invoice

Jay Deitz And Associates, Ltd.
3255 Lawson Boulevard
Oceanside, NY 11572
Phone 516-678-0700 FAX 516-678-4488 Fed.I.D. #11-3129149

INVOICE

Bill To:
KERRY E. CONNOLLY
KERRY E. CONNOLLY, ESQ.
ONE BATTERY PARK PLAZA
SUITE 32
NEW YORK, NY 10004

Invoice Date: 12/05/2012
Invoice Number: 345450

File Number:

TINA MAGNUSON V ALLEN NEWMAN

Examination taken on 11/15/2012 of :

ALLEN NEWMAN

MATTHEW WEINER

Your Total: $1,068.95

Back to Results     New Search

Website © 2013 Jay Deitz & Associates, 3255 Lawson Blvd, Oceanside, NY 11572
Transcript library powered by DepositionNet © 1999-2013.
Call 800-678-0166 for more information or to schedule a deposition.

## Bill To:

KERRY E. CONNOLLY
Attn: KERRY E. CONNOLLY, ESQ.
ONE BATTERY PARK PLAZA
SUITE 32
NEW YORK, NY 10004

Invoice Date **12/7/2012**

Invoice Number **345696**

Invoice Change Date  1/9/2013
Invoice Reprint Date  1/9/2013

File Number:

TINA MAGNUSON VS ALLEN NEWMAN

**Examination taken on 11/16/2012 of:**                                    Enclosed

GREGORY MARQUETTE                      81 Pages @   $5.75    $465.75  **O+2**

CONF ROOM IN CAL 355  GRAND CONCOURSE LA                               $155.00

SKYPE FEE                                                             $150.00

Appearance Fee                                                         $40.00

Postage\Shipping & Handling                    1      @      $19.95       $19.95

Your Total       **$830.70**

REVISED INVOICE TO INCLUDE CALIFORNIA CHARGES

MH
236271