ORIGINAL-WHITE    DUPLICATE-YELLOW    TRIPLICATE-PINK

# RECEIPT FOR PAYMENT
## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

E 912640

RECEIVED FROM  *Kerry Connolly*

*10cv6241(RJH)*

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
|  | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086400 | Filing Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

```
TIME: 8/18/2010 2:50:09 PM
CASHIER: LATECIA
STATION: 01
================================
1  COMPLAINT 4/06           $350.00
   086900       $60.
   510000       $190.00
   086400       $100.00
================================
GRAND TOTAL                 $350.00
```

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DEPUTY CLERK: [signature]

| DATE: 20 | Cash | Check | M.O. | Credit |
|---|---|---|---|---|
| | | | | |



# DELIVERY CONFIRMATION™

0310 0488 0001 7051 5898

TO: Ade\_\_\_ dlala Chukwu\_\_\_
Fumed Entertainment
170 Varick St.
New York, NY 10013

THE LAW OFFICE OF
KERRY E. CONNOLLY, ESQ.
ONE BATTERY PARK PLAZA
32ND FLOOR
NEW YORK, NEW YORK 10004

PRIORITY MAIL®
UNITED STATES POSTAL SERVICE
Visit us at usps.com
Label 107, January 2008

USPS
AUG 25 2010
NEW YORK
10031-9005

U.S. POSTAGE
PAID
NEW YORK, NY
10001
AUG 25 '10
AMOUNT
$7.15
00061 06-72



## FedEx Express Shipment Detail By Tracking ID (Original)

**Dropped off:** Aug 25, 2010  **Cust. Ref.:** KELMAN /  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- FedEx has audited this airbill for correct pieces, weight, and service. Any changes made are reflected in the invoice amount.
- Higher rate applied as package weight exceeded weight limit of original service type

| | | | |
|---|---|---|---|
| Tracking ID | 861481125391 | **Sender** | **Recipient** |
| Service Type | FedEx Intl Priority | KERRY E. CONNOLLY | ALLEN NEWMAN |
| Package Type | FedEx Envelope | THE LAW OFFICE OF KERRY E CONNOLL | SHOAL BAY |
| Orig./Dest. | WTC/AXA | ONE BALTERY PARK PLAZA 32ND FL | SHOAL BAY 2640 AI |
| Zone | I | NEW YORK NY 10004 US | |
| Packages | 1 | | |
| Rated Weight | 1.9 lbs | | |
| Delivered | Aug 27, 2010 08:49 | | |
| Signed by | A.NEWMAN | | |
| FedEx Use | G7456/US0010/_ | Transportation Charge | 75.05 |
| Customs | | Fuel Surcharge | 5.63 |
| Entry Date | Aug 26, 2010 | **Total Transportation Charges**    USD | **$80.68** |

|  |  |  |
|---|---|---|
| | **Total Tracking IDs 1**    USD | **$80.68** |
| | **Total FedEx Express**    USD | **$80.68** |

1243-01-00-0008088-0001-0019856



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-797-98953 | Aug 31, 2010 | None | 3 of 3 |

## FedEx Express Shipment Detail By Tracking ID (Original)

Dropped off: Aug 25, 2010   Cust. Ref.: KELMAN   Ref.#2:
Payor: Shipper   Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- FedEx has audited this airbill for correct pieces, weight, and service. Any changes made are reflected in the invoice amount.
- Higher rate applied as package weight exceeded weight limit of original service type

| | | | |
|---|---|---|---|
| Tracking ID | 861481125406 | **Sender** | **Recipient** |
| Service Type | FedEx Intl Priority | KERRY E. CONNOLLY | ONE FROM EACH ISLAND |
| Package Type | FedEx Envelope | THE LAW OFFICE OF KERRY E. CONNOL | ONE FROM EACH ISLAND LTD |
| Orig./Dest. | WTC/AXA | ONE BATTERY PARK PLZ 32ND FL | BABROW BUILDING |
| Zone | I | NEW YORK NY 10004 US | THE VALLEY 2640 AI |
| Packages | 1 | | |
| Rated Weight | 1.9 lbs | | |
| Delivered | Aug 27, 2010 08:49 | | |
| Signed by | A.NEWMAN | | |
| FedEx Use | G6925/US0010/_ | Transportation Charge | 75.05 |
| Customs | | Fuel Surcharge | 5.63 |
| Entry Date | Aug 26, 2010 | **Total Transportation Charges** USD | **$80.68** |

| | | |
|---|---|---|
| | **Total Tracking IDs 1** USD | **$80.68** |
| | **Total FedEx Express** USD | **$80.68** |

1243-01-00-0008089-0001-0019858

```
           WHITEHALL RETAIL STATION
              New York, New York
                  100049992
                3558250068 -0093
08/30/2010     (212)425-3801      01:27:15 PM
```

|                      | Sales Receipt |       |         |
|----------------------|---------------|-------|---------|
| Product              | Sale          | Unit  | Final   |
| Description          | Qty           | Price | Price   |

Anguilla - First-Class                         $13.45
Mail Int'l Large Env
1 lb. 5.30 oz.
 Return Receipt                                 $2.30
 Registered                                    $11.50
 Insured Value :              $0.00
 Article Value :              $0.00
 Label #:             RE279335114US
 Customs Form #: LC876852084US
                                              ========

 Issue PVI:                                    $27.25


Total:                                         $27.25

Paid by:
AMEX                                           $27.25
   Account #:          XXXXXXXXXXXX8031
   Approval #:         557916
   Transaction #:      93
   23 903282473 6314735697

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
*******************************************
*******************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*******************************************
*******************************************


Prepare your international packages online
and save time.
Pay postage online and save money too.
www.usps.com/clicknship

Bill#: 1000701179748
Clerk: 05

   All sales final on stamps and postage
     Refunds for guaranteed services only
          Thank you for your business
*******************************************
*******************************************
           HELP US SERVE YOU BETTER

  Go to: https://postalexperience.com/Pos

           TELL US ABOUT YOUR RECENT
                POSTAL EXPERIENCE

              YOUR OPINION COUNTS
*******************************************
*******************************************


                    Customer Copy

# 8732 - KERRY E. CONNOLLY, ESQ.



Back to Client Services Home

## Charges for Plaintiff: TINA MAGNUSON, ETAL

This is a detailed list (and total) of all charges associated with the selected plaintiff. Please note that only charges after October 1997 are available on-line.

Where applicable, work ticket numbers are clickable links which will display a copy of the appropriate affidavit of service.

| Affidavit Description | Service | Charge |
|---|---|---|
| **Work Ticket #:** 525453<br>**Plaintiff:** TINA MAGNUSON, ETAL<br>**Defendant:** ALLEN NEWMAN, ETAL<br>**Recipient:** GREGORY MARQUETTE<br>**Date of Service:** 2/27/11<br>**Type of Papers:** SUMMONS AND COMPLAINT | Basic Service Charge | $175.00<br><br>$175.00 |
| **Work Ticket #:** 525453<br>**Plaintiff:** TINA MAGNUSON, ETAL<br>**Defendant:** ALLEN NEWMAN, ETAL<br>**Recipient:** GREGORY MARQUETTE<br>**Date of Service:** 2/27/11<br>**Type of Papers:** SUMMONS AND COMPLAINT | Special Service | $40.00<br><br>$40.00 |
| **Work Ticket #:** 525454<br>**Plaintiff:** TINA MAGNUSON, ETAL<br>**Defendant:** ALLEN NEWMAN, ETAL<br>**Recipient:** MATTHEW WEINER<br>**Date of Service:**<br>**Type of Papers:** SUMMONS AND COMPLAINT | Mailing Documents<br>Special Service<br>Attempted Service | $5.00<br>$30.00<br>$33.00<br><br>$68.00 |
| **Work Ticket #:** 525455<br>**Plaintiff:** TINA MAGNUSON, ETAL<br>**Defendant:** ALLEN NEWMAN, ETAL<br>**Recipient:** "ABC CORP." D/B/A CHUNG KING FILMED ENTERTAINMENT<br>**Date of Service:**<br>**Type of Papers:** SUMMONS AND COMPLAINT | Attempted Service | $33.00<br><br>$33.00 |
| **Work Ticket #:** 525456<br>**Plaintiff:** TINA MAGNUSON, ETAL<br>**Defendant:** ALLEN NEWMAN, ETAL<br>**Recipient:** STAGE PRESENCE INCORPORATED S/H/A STAGE PRESENCE INC.<br>**Date of Service:** 2/08/11<br>**Type of Papers:** SUMMONS AND COMPLAINT | Basic Service Charge<br>Attempted Service<br>Charge Advancing Fee<br>Fees Advanced | $33.00<br>$10.00<br>$7.00<br>$40.00<br><br>$90.00 |

| | | |
|---|---|---|
| **Work Ticket #:** 542764 | | |
| **Plaintiff:** TINA MAGNUSON, ETAL | Mailing Fees | $6.00 |
| **Defendant:** ALLEN NEWMAN, ETAL | Fuel Surcharge | $3.00 |
| **Recipient:** MATTHEW WEINER | Basic Service Charge | $33.00 |
| **Date of Service:** 12/01/11 | | |
| **Type of Papers:** SUMMONS AND COMPLAINT, AMENDED COMPLAINT, COELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE RICHARD* | | $42.00 |

| | | |
|---|---|---|
| **Work Ticket #:** 542764 | | |
| **Plaintiff:** TINA MAGNUSON, ETAL | No Charge | $0.00 |
| **Defendant:** ALLEN NEWMAN, ETAL | | |
| **Recipient:** "ABC CORP." D/B/A CHUNG KING FILMED ENTERTAINMENT | | $0.00 |
| **Date of Service:** | | |
| **Type of Papers:** SUMMONS AND COMPLAINT, ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE RICHARD J. HOLWELL | | |

| | | |
|---|---|---|
| **Work Ticket #:** 545016 | | |
| **Plaintiff:** TINA MAGNUSON, ETAL | Mailing Documents | $5.00 |
| **Defendant:** ALLEN NEWMAN, ETAL | Attempted Service | $33.00 |
| **Recipient:** "ABC CORP." D/B/A CHUNG KING FILMED ENTERTAINMENT | | |
| **Date of Service:** | | $38.00 |
| **Type of Papers:** SUMMONS AND COMPLAINT, ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE RICHARD J. HOLWELL | | |

| | | |
|---|---|---|
| **Work Ticket #:** 547701 | | |
| **Plaintiff:** TINA MAGNUSON, ETAL | Copy Charge | $12.25 |
| **Defendant:** ALLEN NEWMAN, ETAL | Witness Fee | $40.00 |
| **Recipient:** CHILDHELP INC. | Rush Service | $225.00 |
| **Date of Service:** 2/08/12 | | |
| **Type of Papers:** SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION | | $277.25 |

***Total: $763.25***

[Back to Client Services Home]   [Top]

| DEPT. | REFERENCE | DESCRIPTION | | | SERVICE TYPE JOB TYPE | CHARGE | AMOUNT |
|---|---|---|---|---|---|---|---|
| DATE : | 10/30/2013 | | | | | | |
| | Ticket#:05271127<br>Budget:KERRY CONNOLLY<br>Wk Ord.:<br>C.Ref:MAG | FR:KERRY CONNOLLY<br>1 BATTERY PARK PLAZA , NEW YORK,NY<br>Caller:KERRY CONNOLLY Ex.:<br>Pod by:stamp usmsdny gfloor | | TO:US DISTRICT COURT<br>40 CENTRE STREET, NEW YORK,NY<br>Desc.:1 BOX<br>Rush: WEIGHT:5 | Messenger Service<br>Delivery | | |
| | | | | | | 001 / SERVICE CHARGE | 12.00 |
| | | | | | | 002 / WAITING TIME | 9.00 |
| | TOTAL | | | | | | 21.00 |
| | Ticket#:05271128<br>Budget:KERRY CONNOLLY<br>Wk Ord.:<br>C.Ref:MAG | FR:KERRY CONNOLLY<br>1 BATTERY PARK PLAZA , NEW YORK,NY<br>Caller:KERRY CONNOLLY Ex.:<br>Pod by:sranelle | | TO:LAW OFFICE DAVID WIMS<br>1430 PITKINS AVENUE,BROOKLYN,NY<br>Desc.:1 2 ENVELOPES<br>Rush: WEIGHT:5 | Van Service<br>Delivery | | |
| | | | | | | 001 / SERVICE CHARGE | 30.00 |
| | | | | | | 003 / ADDL STOP(S) | 30.00 |
| | | | | | | 007 / TOLLS | 7.50 |
| | TOTAL | | | | | | 67.50 |
| | SUB TOTAL | 2 | | | | | 88.50 |

| | NO. JOBS: | 2 | | GROSS SALES | 88.50 |
|---|---|---|---|---|---|
| | | | | SURCHARGE | 0.00 |
| | | | | INVOICE TOTAL | 88.50 |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0339391-IN |
| INVOICE DATE | 12/31/2013 |
| CUSTOMER NO. | 1022536 |
| WORK ORDER NO. | 140637 |
| SALESPERSON | Siwik, Christine |

Law Office of Karry E Connolly
One Battery Park Plaza
32nd Floor
New York, NY 10004

Attention: Kerry E Connolly

---

Job Date     TINA MAGNUSON, ET AL. V ALLEN NEWMAN, ET
               CASE NO. 10CV06211

12/4/2013        Original        19   PGES   At    6.660      126.54



```
5590107
SOUTHERN DISTRICT REPO
500 PEARL ST RM 330
NEW YORK, NY 10007
(212)805-0323

Term ID: 001          Ref #: 012

                Sale

AMEX              Entry Method: Manual
XXXXXXXXXXXX8031
12/31/13                    13:39:50
Inv #: 000012      Appr Code: 198151
Apprvd: Online       Batch#: 000107
AVS Code: N

Total:                    $    126.54

             Customer Copy
              THANK YOU!
```

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---:|
| Net Invoice: | 126.54 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **126.54** |

## Jay Deitz Associates, Ltd.     Court Reporting Services
### 3255 LAWSON BOULEVARD     OCEANSIDE, NY 11572
(212) 374-7700   (516) 678-0700   (718) 527-7700     FAX:(516) 678-4488     Fed. I.D. #11-3129149

**Bill To:**
KERRY E. CONNOLLY
Attn: KERRY E. CONNOLLY, ESQ.
ONE BATTERY PARK PLAZA
SUITE 32
NEW YORK, NY 10004

Invoice Date **12/7/2012**

Invoice Number **345696**

File Number:
TINA MAGNUSON VS ALLEN NEWMAN

**Examination taken on 11/16/2012 of:**            Enclosed

GREGORY MARQUETTE                                  O+2

                                    Your Total     **$525.70**
SKYP FEE INCLUDED

DM
236271

**kerry connolly**
___

**From:** Expedia.com [Expedia@expediamail.com]
**Sent:** Sunday, November 18, 2012 7:36 PM
**To:** kerry.connolly@gmail.com
**Subject:** Hyatt Regency Scottsdale Resort and Spa at Gainey Ranch, Scottsdale - Sun Nov/18/2012 (Itinerary# 152236353260)



This Expedia Itinerary was sent from Guest User. If you have access to this account, you can view the most up-to-date version.

# Hyatt Regency Scottsdale Resort and Spa at Gainey Ranch, Scottsdale
Sun 18/Nov/2012 - Tue 20/Nov/2012  |  Itinerary # 1522-3635-3260

## Hyatt Regency Scottsdale Resort and Spa at Gainey Ranch BOOKED
Sun 18/Nov/2012 - Tue 20/Nov/2012 , 1 room | 2 nights        Confirmation #    14117291

Your reservation is booked. No need to call and reconfirm this reservation.



View hotel details
7500 E Doubletree Ranch Rd, Scottsdale, AZ, 85258 United States of America

Tel: 1 (480) 444-1234, Fax: 1 (480) 483-5550

### Checking in
- Check-in time starts at 4 PM
- Minimum check-in age is 18
- Your room will be guaranteed for late arrival

### Important Hotel Information

**This reservation is non-refundable and cannot be cancelled.**

- View your online itinerary for additional rules and restrictions.

Award points and airline mileage may not be awarded when booking an Expedia Special Rate hotel.

| Room | Guestroom 1 King - Winter Sale. Save 30%! |
|---|---|
| Confirmation #: | 14117291 |
| Reserved for | kerry Connolly |
|  | 2 adults |
| Requests | One King Bed, non-smoking room |

### Price Summary

| Total | **$367.84** |
|---|---|
| Collected by Expedia | |

**Winter Sale! Save 30%**
Prices shown after **$137.40** savings

| Room Price | $367.84 |
|---|---|
| 2 nights | $160.30 /night |
| Taxes & Fees | $47.24 |

All prices quoted in USD.

### Additional Hotel Services

Unless otherwise indicated, the charges below are not included in the overall room price. If not included in the overall room price, they will be charged by the property at check-in or check-out. Charges can vary, for example, based on length of stay or the room you book. This property told us they will charge you for the following:

- Resort fee: USD 25 per accommodation, per night (effective 1 October 2012)

Hotel resort fee inclusions (may be listed elsewhere in this description as complimentary or available for a

| | |
|---|---|
| **From:** | United Airlines, Inc. [unitedairlines@united.com] |
| **Sent:** | Sunday, November 18, 2012 5:14 PM |
| **To:** | KERRY.CONNOLLY@GMAIL.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation NM2709 |

 

Confirmation:
# NM2709

Issue Date: November 18, 2012

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| CONNOLLY/KERRYEMS | 0162347002599 | UA-UM58XXXX | --- |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 18NOV12 | UA231 | T | NEWARK, NJ (EWR - LIBERTY) **8:28 PM** | PHOENIX, AZ (PHX) **12:07 AM (19NOV)** | A-320 | Purchase |

**FARE INFORMATION**

**Fare Breakdown**
| | | |
|---|---|---|
| Airfare: | 193.49USD | **Form of Payment:** |
| U.S. Federal Transportation Tax: | 14.51 | AMERICAN EXPRESS |
| U.S. Flight Segment Tax: | 3.80 | Last Four Digits 3008 |
| September 11th Security Fee: | 2.50 | |
| U.S. Passenger Facility Charge: | 4.50 | |
| Per Person Total: | 218.80USD | |

**eTicket Total:** 218.80USD

The airfare you paid on this itinerary totals: 193.49 USD

The taxes, fees, and surcharges paid total: 25.31 USD

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

---

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 11/18/2012 Newark, NJ (EWR - Liberty) to Phoenix, AZ (PHX) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

---

**Additional Baggage Information**

**Carry-on baggage information**
United accepts one carry-on item of no more than 45 linear inches or 114 linear centimeters in the aircraft cabin, along with one personal item (such as a shoulder or laptop bag).
Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for
more information or go to underlined.com.

**General Baggage Information**
First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges

Account Number: 40136
Company Name: BOUNDAS SKARZYNSKI WALSH_BLA
Invoice Number: 1528676
Invoice Date: 11/23/12
Page: 3 of 3

| ACCOUNT | COMPANY NAME | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 40136 | BOUNDAS SKARZYNSKI WALSH_BLA | | | | | | | |
| PASSENGER NAME | RESERVATION NO | | | | | | | |
| SANDNES, JAMES | 2111407980 | | | | | | | |
| DATE | CAR NO | DRIVER NO | PICK UP TIME | DROP TIME | ZONE/ZIP | | | |
| 11/14/12 | 049 | 6770 | 11:45 AM | 10 | 12:00 PM | 12:12 PM | | |
| Matter #: 14756 | | | TONE-ZIP | | | | | |
| Client #: 14756 | | | 10000101 | | | | | |
| PICK UP POINT | | | | | FARE | 82.00 | | |
| EWR, UNITED AIRLINES | | | | | S.C | 4.00 |
| FINAL DEST | | | | | TIPS | 13.00 |
| MANHATTAN, NY | | | | | TOLLS | 17.45 |
| | | | | | W.T | 5.40 |
| | | | | | STOPS | 0 |
| | | | | | MISC. | 35.00 |
| | | | | | Sls Tx | 3.14 |
| | | | | | ZONE-ZIP | 77701 |
| | | | | | 106 | |
| | | | | | TOTAL | 159.99 |

Voucher/Ref#: 2111407980    Passenger: SANDNES, JAMES    Fare 82.00  S.C 4.00  Tips 13.00  Tolls 17.45  W.T 5.40  Stops  Sls Tx 3.14  Misc. 35.00  Total 159.99

---

| 40136 | BOUNDAS SKARZYNSKI WALSH_BLA | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PASSENGER NAME | RESERVATION NO | | | | | | | |
| ROGOSKI, LEX  8177435500 | 2111822587 | | | | | | | |
| DATE | CAR NO | DRIVER NO | PICK UP TIME | DROP TIME | | | | |
| 11/19/12 | 329 | 8364 | 1:45 PM | 15 | 2:00 PM | 2:09 PM | | |
| Matter #: 20024 | | | ZONE-ZIP | | | | | |
| Client #: EXPL01 | | | | | | | | |
| PICK UP POINT | | | | | FARE | 75.00 | | |
| 1 BATTERY PARK PLAZA | | | | | S.C | 4.00 |
| FINAL DEST | | | | | TIPS | 10.00 |
| JFK | | | | | TOLLS | 3.00 |
| | | | | | W.T | 3.60 |
| | | | | | MISC | 1.91 |
| | | | | | ZONE-ZIP | 101 |
| | | | | | 399 | |
| | | | | | TOTAL | 105.11 |

Voucher/Ref#: 2111822587    Passenger: ROGOSKI, LEX    Fare 75.00  S.C 4.00  Tips 10.00  Tolls 3.00  W.T 3.60  Stops  Sls Tx 7.60  Misc. 1.91  Total 105.11

---

| 40136 | BOUNDAS SKARZYNSKI WALSH_BLA | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PASSENGER NAME | RESERVATION NO | | | | | | | |
| SANDNES, JAMES | 2111821647 | | | | | | | |
| DATE | CAR NO | DRIVER NO | PICK UP TIME | DROP TIME | | | | |
| 11/18/12 | 241 | 36 | 6:35 PM | 6:50 PM | 7:17 PM | | | |
| Matter #: 000001 | | | ZONE-ZIP | | | | | |
| Client #: 20188 | | | | | | | | |
| PICK UP POINT | | | | | FARE | 82.00 | | |
| EWR | | | | | S.C | 4.00 |
| | | | | | TIPS | 24.00 |
| | | | | | TOLLS | 15.00 |
| | | | | | W.T | 19.80 |
| | | | | | MISC. | 2.90 |
| | | | | | ZONE-ZIP | 101 |
| | | | | | 77701 | |
| | | | | | TOTAL | 147.70 |

Voucher/Ref#: 2111821647    Passenger: SANDNES, JAMES    Fare 82.00  S.C 4.00  Tips 24.00  Tolls 15.00  W.T 19.80  Stops  Sls Tx  Misc. 2.90  Total 147.70

Handwritten notes:
- home address redacted
- Connolly Law Acct. No.
- Car for K. Connolly to Newark Airport (Childhelp Subpoena)

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel    Book a car    Buy trip insurance



**Record Locator: GRUEST**



## Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| American Airlines | 590 | PHOENIX | WED 21NOV 12:30 PM | CHICAGO OHARE | 4:55 PM | Q |
| | | Kerry Connolly   FF#: 7068WH4   Economy | | | | Food For Purchase |
| American Airlines | 4023 | CHICAGO OHARE | WED 21NOV 7:30 PM | HARRISBURG INTL | 10:10 PM | Q |
| | | OPERATED BY AMERICAN EAGLE AIRLINES | | | | |
| | | Kerry Connolly   FF#: 7068WH4   Economy | | | Seat 5B | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAXES AND CARRIER-IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| KERRY CONNOLLY | 0012316043644 | 199.07 | 36.53 | 235.60 |

**Payment Type:** American Express XXXXXXXXXXX8031        Total: $235.60

*[handwritten: bag + 25.00 Check]*

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines
BAG ALLOWANCE -PHXMDT-NIL/AA
1STCHECKED BAG FEE-PHXMDT-USD25.00/AA
2NDCHECKED BAG FEE-PHXMDT-USD35.00/AA
ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0166043-IN |
| INVOICE DATE | 11/01/2010 |
| CUSTOMER NO. | 1022536 |
| WORK ORDER NO. | 100996 |
| SALESPERSON | Siwik, Christine |

Law Office of Karry E Connolly
One Battery Park Plaza
32nd Floor
New York, NY 10004

Attention: Kerry E Connolly

---

Job Date        TINA MAGNUSON, ET AL. V ALLEN NEWMAN, ET
                CASE NO. 10CV06211

| Date | Type | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/21/2010 | Original | 82 | PGES | At | 5.340 | 437.88 |
| 10/13/2010 | Copy | 51 | PGES | At | 0.900 | 45.90 |

```
SALE
SOUTHERN DISTRICT RPTR
500 PEARL STREET -RM. 330
NEW YORK, NY 100070000
TID: 00000136830
DATE: 11/01/10
TIME: 04:45 PM
MERCHANT #: 6316977529
AMEX
AX xxxxxxxxxx8031 (KEYED)
INVOICE: 0000048015
APPROVAL CODE: 127925
SEQ: 014
TOTAL AMOUNT  $483.78
CUSTOMER COPY
```

**PAID**

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 483.78 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **483.78** |

12/27/13 2:15 PM



# DeitzReporting
*Local Choice National Coverage*
Court Reporting Services & Litigation Support
*Powered By DepositionNet*

Like Us On facebook

Log Out
Call 800-678-0166
for information or to schedule a deposition.

HOLIDAY EBT PARTY   WHY Deitz   HOME   ABOUT US   EXPERIENCE   COURT REPORTING   STAFF   SERVICES   CONTACT US
MY Account   DepositionNet   IM DepositionNet   RESOURCES   NATIONWIDE CRS   FAQ   IM HELP   SURVEY   FYI - COFFEE IS SERVED
MY ACCOUNT | VIEW MY TRANSCRIPTS | SEARCH TRANSCRIPTS | SCHEDULE A NEW JOB | DEPOSITION SUITES | FAQs | GET HELP | kerry.connolly@gmail.com - LOG OUT

Paid  Email Invoice

Jay Deitz And Associates, Ltd.
3255 Lawson Boulevard
Oceanside, NY 11572
Phone 516-678-0700 FAX 516-678-4488 Fed.I.D. #11-3129149

INVOICE

Bill To:
KERRY E. CONNOLLY
KERRY E. CONNOLLY, ESQ.
ONE BATTERY PARK PLAZA
SUITE 32
NEW YORK, NY 10004

Invoice Date: 12/05/2012
Invoice Number: 345450

File Number:

TINA MAGNUSON V ALLEN NEWMAN

Examination taken on 11/15/2012 of :

ALLEN NEWMAN

MATTHEW WEINER

Your Total: $1,068.95

Back to Results    New Search

Website © 2013 Jay Deitz & Associates, 3255 Lawson Blvd, Oceanside, NY 11572
Transcript library powered by DepositionNet © 1999-2013.
Call 800-678-0166 for more information or to schedule a deposition.

http://www.depositionnet.com/viewinvoice.php?inv_no=345450    Page 1 of 1

## Jay Deitz Associates, Ltd.      Court Reporting Services

<center>3255 LAWSON BOULEVARD    OCEANSIDE, NY 11572

(212) 374-7700   (516) 678-0700   (718) 527-7700   FAX:(516) 678-4488   Fed. I.D. #11-3129149</center>

**Bill To:**
KERRY E. CONNOLLY
Attn: KERRY E. CONNOLLY, ESQ.
ONE BATTERY PARK PLAZA
SUITE 32
NEW YORK, NY 10004

Invoice Date **12/7/2012**
Invoice Number **345696**
Invoice Change Date 1/9/2013
Invoice Reprint Date 1/9/2013
Enclosed

File Number:
TINA MAGNUSON VS ALLEN NEWMAN

**Examination taken on 11/16/2012 of:**

GREGORY MARQUETTE     81 Pages @   $5.75    $465.75   **O+2**

| | |
|---|---|
| CONF ROOM IN CAL 355 GRAND CONCOURSE LA | $155.00 |
| SKYPE FEE | $150.00 |
| Appearance Fee | $40.00 |
| Postage\Shipping & Handling    1   @   $19.95 | $19.95 |
| **Your Total** | **$830.70** |

REVISED INVOICE TO INCLUDE CALIFORNIA CHARGES

MH
236271