Kerry E. Connolly
The Law Office of Kerry E. Connolly, Esq.
One Battery Park Plaza, 32nd Floor
New York, NY  10004
(212) 372-7333 - telephone
(917) 591-4858 – facsimile
kconnolly@connollylaw.us.com
kerry.connolly@gmail.com

Attorney for Plaintiffs

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/26/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
TINA MAGNUSON *et al.*,                   :

                Plaintiffs,     :     10 CV 6211 (JMF)(FM)

    -against-                                    :

                                **JUDGMENT**

ALLEN NEWMAN, MATTHEW             :
WEINER, GREGORY MARQUETTE,
STAGE PRESENCE INCORPORATED,   :
"ABC CORP." D/B/A CHUNG KING
FILMED ENTERTAINMENT and         :
ONE FROM EACH ISLAND, LTD.,

                              :
                Defendants.
-------------------------------------------------------x

       WHEREAS, on December 2, 2013 the plaintiffs agreed to settle their claims against the defendants, on the record before the Hon. Frank Maas, U.S.M.J., on the terms stated therein, including defendants' agreement that the District Court would determine the amount of attorneys' fees, costs and expenses for which the defendants are responsible under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*

       WHEREAS, by Memorandum Order and Opinion dated July 31, 2014, this

Court ruled that as the prevailing parties in this action, the plaintiffs are awarded the sum of $243,455.45 for the attorneys' fees, costs and expenses of this action;

IT IS HEREBY ORDERED AND DECREED that the Clerk enter a final judgment in this action against defendants Allen Newman and Matthew Weiner, jointly and severally, in favor of the FLSA Plaintiffs, payable to The Law Office of Kerry E. Connolly, in the sum of $243,455.45, plus interest until that sum is paid.

SO ORDERED this __26th__ day of August, 2014.

_____
JESSE M. FURMAN
United States District Judge

This document was entered on the docket on _____.