UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
TINA MAGNUSON, ALLEN KELMAN,
ERICA ZOLBERG, KZ VIDEO
CONSULTANTS, INC.,
JEFFREY PEARL, LYN NOLAND,
MICHAEL GRIMES, MATTHEW
RANDAZZO, ROBERT A. DELRUSSO,
DAVID A. SMITH, MICHAEL APPEL,
DIANA M. BARTON, SYLVIA DAVIS,
GARTH MICHAEL and BRYAN
LESKOWICZ, *for themselves and on
behalf of those similarly situated,*

                     Plaintiffs,

     -against-

ALLEN NEWMAN, MATTHEW
WEINER, GREGORY MARQUETTE,
STAGE PRESENCE INCORPORATED,
"ABC CORP." D/B/A CHUNG KING
FILMED ENTERTAINMENT and
ONE FROM EACH ISLAND, LTD.

                     Defendants.
-------------------------------------------------X

Civil Action No.: 10CV6211
(JMF)

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that all Defendants in the above named case hereby appeal to the United States Court of Appeals for the Second Circuit, from an order which awarded attorneys' fees and costs to Plaintiffs against all Defendants pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*, entered in this action on the 31st day of July 2014.

1

Dated: Brooklyn, New York

August 27, 2014

                                          /s/ David C. Wims

                                    LAW OFFICE OF DAVID WIMS
                                    David C. Wims, Esq. (DW-6964)
                                      *Attorney for Defendants*
                                      1430 Pitkin Ave., 2nd Fl.
                                      Brooklyn, NY 11233
                                      (646) 393-9550

CIV. ACTION #: 10CV6211

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
TINA MAGNUSON *et al*,

                                              Plaintiffs, on behalf of themselves
and others similarly situated,

                           -against-

ALLEN NEWMAN *et al*,

                                               Defendants.
-------------------------------------------------------------------------X

## DEFENDANTS' NOTICE OF APPEAL

Law Office of David Wims
1430 Pitkin Ave., 2nd Floor
Brooklyn, NY 11233
(646) 393-9550
Fax (646) 393-9552

This certification, pursuant to Federal Rule of Civil Procedure 11,

applies to the following within papers:

(1) Notice of Appeal

Dated: August 27, 2014                     Signature _____
                                                                  David C. Wims